SKF USA INC. and SKF GmbH,
Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–
Appellant,

and

The Torrington Company (now known
as Timken U.S. Corporation),
Defendant–Appellee.

No. 01–1040.

United States Court of Appeals,
Federal Circuit.

April 26, 2004.

*ORDER*

Upon consideration of the United States' unopposed motion to voluntarily dismiss its appeal, 01–1040,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motion to dismiss is granted.

(2) All sides shall bear their own costs.

SKF USA INC. and SKF Sverige
AB, Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–
Appellant,

and

The Torrington Company (now known
as Timken U.S. Corporation),
Defendant–Appellee.

No. 01–1295.

United States Court of Appeals,
Federal Circuit.

April 26, 2004.

Herbert C. Shelley, Principal Attorney, Steptoe & Johnson, Washington, DC, for Plaintiffs–Appellants.

Terence P. Stewart, Principal Attorney, Stewart and Stewart, Washington, DC, for Defendant.

Velta A. Melnbrencis, Principal Attorney, Washington, DC, for Defendant–Cross Appellant.

*ORDER*

Upon consideration of the United States' unopposed motion to voluntarily dismiss its appeal, 01–1295,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motion to dismiss is granted.

(2) All sides shall bear their own costs.